**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In Re:  Sherry Miller,                                    Case No.: 13-16709-RBR
                                                          Chapter 7
    Debtor.
_____/

### TRUSTEE'S MOTION FOR TURNOVER FROM DEBTOR

### EMERGENCY HEARING REQUESTED

THE TRUSTEE REQUESTS THAT THIS MATTER BE SCHEDULED FOR HEARING ON AN EMERGENCY BASIS. THE DEBTOR OWNS TWO AUTOMOBILES WHICH ARE PROPERTY OF THE ESTATE, A 2008 LAMBOURGHINI (MODEL UNKNOWN) WITH A SCHEDULED VALUE OF $217,300.00 AND A 2008 DODGE CHALLENGER WITH A SCHEDULED VALUE OF $28,750.00.  BOTH VEHICLES ARE FREE AND CLEAR OF ANY PURCHASE MONEY LIEN. THE TRUSTEE HAS MADE DEMAND UPON THE DEBTOR, THROUGH HER COUNSEL, FOR TURNOVER OF THE VEHICLES BUT THE DEBTOR HAS FAILED OR OTHERWISE REFUSED TO DO SO.  THE TRUSTEE IS CONCERNED THAT THE VEHICLES ARE NOT INSURED OR SECURE, ARE SUBJECT TO BEING MOVED, SECRETED AND/OR DAMAGED, AND OTHERWISE SUBJECT TO WASTE AND DIMUNITION IN VALUE.

THE TRUSTEE REQUESTS THAT THE MOTION BE SCHEDULED FOR HEARING ON THE COURT'S FIRST AVAILABLE DATE AND TIME.

Comes now the Trustee, Chad S. Paiva, by and through undersigned counsel, files this Motion for turnover, pursuant to 11 U.S.C. §542, and would state as follows:

1. This case was commenced by the filing of a voluntary chapter 13 petition by the debtor on March 26, 2013.  The case was converted to chapter 7 by Order of court dated September 20, 2013 (DE#56).

2. Chad S. Paiva was appointed as the interim chapter 7 trustee in the case on or about September 24, 2013.

3. The initial 341 meeting of creditors in the chapter 7 case is October 18, 2013 at 4:00 p.m. in Ft. Lauderdale.

4. According to Schedule B filed by the debtor (DE#11), the debtor owns a 2008 Lamborghini automobile (model unknown) valued at $217,300.00 and a 2008 Dodge Challenger valued at $28,750.00. According to Schedule D, neither vehicle is encumbered by a purchase money lien. The debtor claimed the $1,000 car exemption against the Dodge Challenger.

5. Both vehicles are property of the estate pursuant to 11 U.S.C. §541(a).

6. The Trustee communicated with debtor's counsel multiple times after his appointment on September 24th and requesting from debtor's counsel, among other things, the location of the vehicles and dates and times when the Vehicles were available for pickup on either Friday, September 27th, Saturday, September 28th or Monday, September 30th. As of Friday, September 27th, debtor's counsel had not heard back from the debtor regarding dates and times that the vehicles were available for pickup.

7. 11 U.S.C. §542(a) provides:

> Except as provided in subsection (c) or (d) of this section, an entity, other than a custodian, in possession, custody, or control, during the case, of property that the Trustee may use, sell, or lease under section 363 of this title, or that the Debtor may exempt under section 522, of this title, shall deliver to the Trustee, and account for, such property or the value of such property unless such property is of inconsequential value or benefit to the estate.

8. Based on the foregoing, the Trustee requests that this Court enter an

Order requiring the debtor to immediately turnover to the Trustee or his authorized agents the 2008 Lamborghini (model unknown) and 2008 Dodge Challenger, and retain jurisdiction to enforce any Order requiring turnover should the debtor not comply.

WHEREFORE, the Chapter 7 trustee, Chad S. Paiva, respectfully requests that this Court enter an Order granting the relief requested herein, and for such other relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to all parties listed below and to all parties who are currently on the list to receive email notice via CM/ECF on this the 30th day of September, 2013.

By: /S/ *Chad S. Paiva, Trustee*
CHAD S. PAIVA, TRUSTEE
250 S. Australian Ave., Suite 700
West Palm Beach, FL 33401
Telephone: (561) 227-2370
Facsimile: (561) 653-3937
Email: trustee@gmlaw.com

**Via CM/ECF:**

- Hollie N Hawn    hhawn@broward.org
- Barry S. Mittelberg    barry@mittelberglaw.com, stacey@mittelberglaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Joel C Zwemer    jzwemer@deanmead.com

**Regular Mail:**

Sherry Miller
3451 NE 27th Avenue
Lighthouse Point, FL  33064